UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRUCE L. SMALL**,

    Plaintiff,

v.                                                 Case No. 4:20cv499-TKW-MJF

**STATE OF FLORIDA LEGISLATION,**
**et al.**,

    Defendants.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5) and Plaintiff's objection (Doc. 8). The Court reviewed the issues raised in the objection *de novo* as required by Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge that this case should be dismissed with prejudice under 28 U.S.C. §1915A(b) and *Heck v. Humphrey*, 512 U.S. 477 (1994).[1] The Court did not overlook that Plaintiff purported to "amend[] his claim" in the objection by making additional allegations, *see* Doc. 8, at 2-3, but

---

[1] Based on this conclusion, the Court need not address the magistrate judge's alternative finding that dismissal is warranted based on Plaintiff's failure to pay the partial filing fee. However, it is noteworthy that the Court has no record of receiving the $10 filing fee that, according to the receipt attached to Plaintiff's objection (Doc. 8, at 6), was withdrawn from his prison account on November 3, 2020.

those allegations do not cure the deficiencies in the complaint that were detailed in the Report and Recommendation. Accordingly, it is

**ORDERED** that:

1. Plaintiff's objection to the magistrate judge's Report and Recommendation are overruled, and the Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED with prejudice**, and the Clerk shall close the file.

**DONE AND ORDERED** this 18th day of December, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**